No. 211, Misc. BEAVERS v. BETO, CORRECTIONS DIREC-
TOR. C. A. 5th Cir. Certiorari denied.

No. 212, Misc. HALL v. KENTUCKY. Ct. App. Ky.
Certiorari denied.

No. 216, Misc. LEE v. GRAUBERGER, DEPUTY COUNTY
ATTORNEY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 218, Misc. ANTOINE v. LYKES BROTHERS STEAM-
SHIP CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.
*William R. Tete* for petitioner.

No. 223, Misc. AGARD v. WILKINS, WARDEN. C. A.
2d Cir. Certiorari denied.

No. 224, Misc. BARRERA v. BETO, CORRECTIONS DIREC-
TOR. C. A. 5th Cir. Certiorari denied.

No. 225, Misc. WILKS v. OLIVER, WARDEN. Sup. Ct.
Cal. Certiorari denied.

No. 226, Misc. FINLEY v. CHANDLER. C. A. 9th Cir.
Certiorari denied.

No. 227, Misc. SANTOS v. NELSON, WARDEN, ET AL.
C. A. 9th Cir. Certiorari denied.

No. 229, Misc. WAMPLER v. TENNESSEE. · Sup. Ct.
Tenn. Certiorari denied. *William Earl Badgett* for peti-
tioner. *George F. McCanless,* Attorney General of Ten-
nessee, and *Robert F. Hedgepath,* Assistant Attorney
General, for respondent.